UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DERRICK JONES,

                *Plaintiff*,

versus

FRONTIER COMMUNICATIONS, INC., and
FRONTIER TELEPHONE OF ROCHESTER,
INC.,

                *Defendants.*

STIPULATION OF DISMISSAL

Civil Action No.
04-CV-6592

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the litigation, the above captioned action be, and the same hereby is, discontinued with prejudice, and without costs to any party as against the other.

**Dolin, Thomas & Solomon LLP**

By: _____
PATRICK J. SOLOMON
693 East Avenue
Rochester, New York 14607

Dated:       April 13, 2005

**Citizens Communications Company**

By: _____
THOMAS E. GAUSDEN

Dated:       April 13, 2005

**SO ORDERED:**

_____
Honorable Charles J. Siragusa
United States District Court Judge
Dated:       April 18, 2005